```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 06-1501 JRT/SRN
```

| | |
|---|---|
| LEBAN AHMED, | ) |
| | ) |
| Petitioner, | ) |
| | ) **REPORT & RECOMMENDATION** |
| v. | ) |
| | ) |
| SCOTT BANIECKE, | ) |
| Field Director, B.I.C.E., | ) |
| | ) |
| Respondent. | ) |

In response to the Court's Order to Show Cause (Doc. No. 3) dated April 24, 2006, the government has released the Petitioner and has filed a Notice of Release and Request to Dismiss Petition for Habeas Corpus (Doc. No. 8). Counsel for Petitioner concurs that this petition is now moot. The parties have informed the Court that they waive their right to object to this Report and Recommendation.

**Therefore, IT IS HEREBY RECOMMENDED that:**

1. The period allowed for filing objections to this Report and Recommendation set forth in District of Minnesota Local Rule 72.2(b) be deemed waived; and

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) be **DENIED as moot.**

Dated:   May 17, 2006

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge
