## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leban Ahmed, | Civil No. 06-1501 JRT/SRN |
| Petitioner, | |
| v. | |
| | **ORDER** |
| Scott Baniecke, Field Director, B.I.C.E., | |
| Respondent. | |

---

Katherine Menendez**, OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 for petitioner.

James E. Lackner and Joan D. Humes, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation (Docket No. 4) of United States Magistrate Judge Susan Richard Nelson dated May 17, 2006.  The parties have expressly waived their right to object to the Report and Recommendation.  Based upon the Report and Recommendation of the Magistrate Judge and all of the files and records herein,

**IT IS HEREBY ORDERED that**:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED as moot**.

DATED: August 7, 2006                               s/John R. Tunheim_____
at Minneapolis, Minnesota                      JOHN R. TUNHEIM
                                                                   United States District Judge